IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

Karsten O. Allen, petitioner
v.
Judge Jasmine H. Yoon, respondent

Civil Action No. ________

PETITION FOR WRIT OF MANDAMUS

Karsten O. Allen, petitioner in the above action, respectfully petitions this court to issue a writ of mandamus to District Judge Jasmine H. Yoon in the U.S. District Court for the Western District of Virginia compelling a ruling upon the December 1, 2024 motion filed in action Allen v. Shelton, 7:22cv408. In support of this petition, Petitioner avers:

Over the past several years Petitioner has engaged the court in civil rights litigation against various Virginia Department of Corrections ("VDOC") officials of which the Office of the Attorney General of Virginia ("OAG") in representing these officials have failed several attempts to prevail upon dispositive motions, leaving these cases to proceed to trial on the merits. In response, the OAG and VDOC have engaged in an ongoing campaign of misconduct in efforts to defend against the suits of which the district court has been wholly tolerable[1].

Petitioner has repeatedly moved the district court to intervene in these numerous instances but the court adamantly declines to do so. In each circumstance the court converts the motion into one for preliminary injunction allowing it to circumvent its obligation to manage the case before it and deny the motion under the unrelated standards of Fed.R.Civ.P. 65. It is the court's position that the OAG and VDOC may use any act of misconduct to impede an inmate's ability to prosecute an action as long as the tactic used does not directly relate to the claim.

In the case in which this petition addresses (Allen v. Shelton, 7:22cv408) the case has been set for a February 24, 2025 trial, however, VDOC officials have confiscated Petitioner's documents needed for trial. Petitioner previously moved

[1] Due to the success in the district court, prison officials have expanded these actions to the Court of appeals (see No. 24-6899 and 24-6901) noting prison officials confiscating the informal briefs.

the court to order the return of those documents. On October 23, 2024 District Judge Jasmine H. Yoon denied the motion as moot under the assumption that the issue had been resolved. In the order, Judge Yoon expressly directed that shall Petitioner lose access to his documents in the future, that he may file another motion apprising the court of that situation and the court would "expeditiously address any claimed problems." However, on September 26, 2024 a month before the courts' order, VDOC officials had again confiscated Petitioner's documents necessary for trial. On December 1, 2024 Petitioner, pursuant to the October 23, 2024 order, moved the district court to order the return of his documents. Not only did the court not "expeditiously" address the issue rather it declined to do so at all leaving Petitioner without his documents, the motion pending, and the trial imminent.

Additionally, the district courts' refusal to address the motion leaves Petitioner totally unprepared for trial and totally incapable of meeting the deadlines laid in the pretrial order.

Petitioner asks this court to issue a writ of mandamus compelling Judge Jasmine H. Yoon, U.S. District Judge to issue a ruling on Petitioner's December 1, 2024 motion regarding access to his legal materials necessary for trial and to rule on the motion prior to trial. Additionally, Petitioner asks that this court order the District Court to stay the proceedings until a resolution of the issue.

[signature]
Karsten Allen
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA 24219

## CERTIFICATE OF SERVICE

Karsten Allen, petitioner in the above action, hereby certifies that on Feb. 7, 2025 he delivered this PETITION to the US Court of Appeals 4th Circuit as well as copy to respondent District Judge Jasmine H. Yoon by giving it to a corrections officer at the WRSP for mailing.

[signature]
Karsten Allen
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA 24219

cms

IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

Karsten O. Allen, petitioner

v.

Judge Jasmine H. Yoon, respondent

Civil Action No. ____________

## MOTION TO PROCEED IN FORMA PAUPERIS

Karsten O. Allen, petitioner in the above action, respectfully moves this court to allow him to file his petition for writ of mandamus in forma pauperis. He asserts that he is poor and unable to pay the fees associated with the filing of this action.

Karsten Allen
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA 24219

## CERTIFICATE OF SERVICE

Karsten Allen, petitioner in the above action, hereby certifies that on Feb. 2, 2025 he delivered this motion to the U.S. Ct. of 4th cir. by giving it to a corrections officer at the WRSP for mailing.

Karsten Allen
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA 24219

RECEIVED
2025 FEB 10 P 3: 16
U.S. COURT OF APPEALS
FOURTH CIRCUIT

arsten Allen #1333187
llens Ridge State Prison
O. Box 759
g Stone Gap, VA 24219

RECE. 'ED
U.S. MARSHALS

KNOXVILLE TN 377
4 FEB 2025 PM 2 L

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 24219 $ 000.69⁰
02 7W
0008027035 FEB 04 2025

United States Court of Appeals
4th Circuit
1100 E. Main St., Suite 501
Richmond, VA 23219

VIRGINIA DEPARTMENT OF CORRECTIONS HAS NEITHER CENSORED OR INSPECTED ITEM THEREFORE, THE DEPARTMENT DOES NOT ASSUME ANY RESPONSIBILITY FOR ITS CONTENTS

Received
Mailroom
FEB 04 2025
Wallens Ridge
State Prison

23219-353825